JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TERESA E. S.,[1]

          Plaintiff,

   v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,[2]

          Defendant.

Case No. EDCV 20-01534 PVC

**JUDGMENT**

     IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  January 27, 2022

_Pedro V. Castillo_ (signature)

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for the "Commissioner of Social Security Administration," whom Plaintiff named in the Complaint.  *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).